UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MORDECHAI MERMELSTEIN, individually
and on behalf of all others similarly situated,
              Plaintiff,

v.

ASSOCIATED CREDIT SERVICES, INC.,
              Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 9190 (VB)

      The Court has been advised that the parties have settled this case. (Doc. #11). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than February 14, 2023. To be clear, any application to restore the action must be filed by February 14, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: December 16, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge